THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HT-SEATTLE OWNER LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN GUARANTEE AND<br>LIABILITY INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No. 2:21-cv-00048-BJR<br><br>STIPULATED MOTION AND<br>ORDER TO EXPEDITE BRIEFING<br>SCHEDULE ON DEFENDANT'S<br>FRCP 12 MOTION |

The Parties, through their undersigned counsel, hereby jointly submit this proposed expedited briefing schedule for defendant's Fed. R. Civ. P. 12(b)(6) motion in light of the considerations stated in the Court's January 25, 2021 Minute Order (Dkt. No. 13).

DATED: January 29, 2021

　　　　　　　　　　　　　　　　LANE POWELL PC

　　　　　　　　　　　　　　　　By: *s/ David M. Schoeggl*
　　　　　　　　　　　　　　　　　　David M. Schoeggl, WSBA No. 13638
　　　　　　　　　　　　　　　　　　schoeggld@lanepowell.com
　　　　　　　　　　　　　　　　　　Stephania Denton, WSBA No. 21920
　　　　　　　　　　　　　　　　　　dentons@lanepowell.com
　　　　　　　　　　　　　　　　　　Michael Brown, WSBA No. 49722
　　　　　　　　　　　　　　　　　　brownm@lanepowell.com
　　　　　　　　　　　　　　　　　　Telephone: 206.223.7000
　　　　　　　　　　　　　　　　　　Facsimile: 206.223.7107
　　　　　　　　　　　　　　　　Attorneys for DEFENDANT American Guarantee
　　　　　　　　　　　　　　　　and Liability Insurance Company

STIPULATED MOTION AND ORDER TO EXPEDITE
BRIEFING SCHEDULE ON DEFENDANT'S FRCP 12
MOTION (Case No. 2:21-cv-00048-BJR) - 1

133554.0004/8338791.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

JAMESON PEPPLE CANTU PLLC

By: *s/ Matt T. Adamson*
   Matt T. Adamson, WSBA #31731
   madamson@jpclaw.com
   801 Second Avenue, Suite 700
   Seattle, WA 98104
   Telephone: 206.344.5280
   Facsimile: 206.292.1995

BLANK ROME LLP
   James R. Murray, WSBA #25263
   jmurray@blankrome.com
   1825 Eye Street NW
   Washington, D.C. 20006
   Telephone: 202.420.2200
   Facsimile: 202.420.2201

BLANK ROME LLP
   Linda Kornfeld (pending
   admission pro hac vice)
   lkornfeld@blankrome.com
   2029 Century Park East, 6th Floor
   Los Angeles, CA 90067
   Telephone: 424.239.3400
   Facsimile: 424.239.3434

BLANK ROME LLP
   Lisa M. Campisi (pending
   admission pro hac vice)
   lcampisi@blankrome.com
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: 212.885.5000
   Facsimile: 212.885.5001

Attorneys for Plaintiff HT-Seattle Owner, LLC

STIPULATED MOTION AND ORDER TO EXPEDITE BRIEFING SCHEDULE ON DEFENDANT'S FRCP 12 MOTION (Case No. 2:21-cv-00048-BJR) - 2

133554.0004/8338791.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

**ORDER**

Based on the above Stipulated Motion, the Court does hereby ORDER:

1. The Stipulated Motion is granted; and

2. Defendant's Motion to dismiss shall be filed no later than:   February 11, 2021

    Plaintiff's Opposition shall be filed no later than:   February 26, 2021

    Defendant's Reply shall be filed no later than:   March 5, 2021

DONE IN OPEN COURT this 1st day of February, 2021.

_____
Hon. Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND ORDER TO EXPEDITE BRIEFING SCHEDULE ON DEFENDANT'S FRCP 12 MOTION (Case No. 2:21-cv-00048-BJR) - 3

133554.0004/8338791.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107