THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HT-SEATTLE OWNER, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>  Defendant. | No. 2:21-cv-00048-BJR<br><br>**STIPULATED MOTION AND ORDER STAYING  DEFENDANTS' FRCP 12 MOTION** |

The Parties, through their undersigned counsel, hereby jointly request an order modifying the Court's January 22, 2021 Scheduling Order (Dkt. 11) by staying the obligation to hold the FRCP 26(f) Conference until 30 days after a ruling on defendant's pending FRCP 12 Motion (Dkt. No. 19), with the deadlines for the Initial Disclosures and Joint Status Report being seven and fourteen days later, respectively.  If a party requires discovery prior to filing of the parties' Initial Disclosures or as otherwise allowed under Fed. R. Civ. P. 26 or any applicable local rule, that party may request a lifting of this stay for limited and specific purposes.

DATED:  February 22, 2021

LANE POWELL PC

BY:   /S/ DAVID M. SCHOEGGL
David M. Schoeggl, WSBA No. 13638
schoeggld@lanepowell.com
Stephania Denton, WSBA No. 21920

dentons@lanepowell.com
Michael Brown, WSBA No. 49722
brownm@lanepowell.com
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for DEFENDANT American Guarantee and Liability Insurance Company

JAMESON PEPPLE CANTU PLLC

By:  /s/ Matt T. Adamson
Matt T. Adamson, WSBA #31731
madamson@jpclaw.com
801 Second Avenue, Suite 700
Seattle, WA 98104
Telephone: 206.344.5280
Facsimile: 206.292.1995

BLANK ROME LLP
James R. Murray, WSBA #25263
jmurray@blankrome.com
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: 202.420.2200
Facsimile: 202.420.2201

BLANK ROME LLP
Linda Kornfeld (pending admission *pro hac vice*)
lkornfeld@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

BLANK ROME LLP
Lisa M. Campisi (admitted *pro hac vice*)
lcampisi@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.885.5000
Facsimile: 212.885.5001

Attorneys for Plaintiff HT-Seattle Owner, LLC

STIPULATED MOTION AND ORDER STAYING
DEFENDANTS' FRCP 12 MOTION
(Case No. 2:21-cv-00048-BJR) - Page 2

**ORDER**

Based on the above Stipulated Motion, the Court does hereby ORDER:

The Stipulated Motion is granted; **Joint Status Report due** 30 days after the Court rules on defendant's pending FRCP 12 Motion (Dkt. 19); **FRCP 26(f) Conference Deadline is** 30 days after the Court rules on Dkt. 19; **Initial Disclosure Deadline is** 37 days after the Court rules on Dkt. 19. If a party requires discovery prior to filing of the parties' Initial Disclosures or as otherwise allowed under Fed. R. Civ. P. 26 or any applicable local rule, that party may request a lifting of this stay for limited and specific purposes.

DONE IN OPEN COURT this 23rd day of February, 2021.

*Barbara J. Rothstein*
_____
Hon. Barbara J. Rothstein
United States District Judge