THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HT-SEATTLE OWNER, LLC

        Plaintiff,

v.

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY

        Defendant.

Case No. 2:21-cv-00048-BJR

**STIPULATION FOR EXTENSION**

STIPULATION AND ORDER CASE NO.
2:21-CV-00048-BJR - 1

JAMESON PEPPLE CANTU PLLC
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 700
SEATTLE, WA 98104-4001
TEL 206 292 1994
FAX 206 292 1995

# STIPULATION AND ORDER

HT-Seattle Owner, LLC ("HT") and American Guarantee and Liability Insurance Company ("Zurich") hereby stipulate to and request a 10-day extension on the current deadline for any reply to Zurich's Response to HT's Joinder in Motion to Certify Questions to the Washington State Supreme Court (ECF No. 39).  Accordingly, the deadline for any reply would be April 22, 2021.

Dated this 8th day of April, 2021.

| | |
|---|---|
| JAMESON PEPPLE CANTU PLLC | LANE POWELL PC |
| /s/ Matt T. Adamson | /s/ David M. Schoeggl |
| Matt T. Adamson, WSBA #31731 | David M. Schoeggl, WSBA #13638 |
| madamson@jpclaw.com | schoeggld@lanepowell.com |
| 801 Second Avenue, Suite 700 | Stephania Denton, WSBA No. 21920 |
| Seattle, WA 98104 | dentons@lanepowell.com |
| Telephone:  206.344.5280 | Michael "Mac" Brown, WSBA No. 49722 |
| | brownm@lanepowell.com |
| AND | 1420 Fifth Avenue, Suite 4200 |
| | Seattle, WA 98101 |
| BLANK ROME LLP | Telephone: 206.223.7000 |
| | Facsimile: 206.223.7107 |
| /s/ James R. Murray | |
| James R. Murray, WSBA #25263 | AND |
| jmurray@blankrome.com | |
| 1825 Eye Street, N.W. | CLYDE & CO US LLP |
| Washington, D.C. 20006 | |
| Telephone:  202.420.2200 | /s/ Eileen King Bower |
| Facsimile:  202.420.2201 | Eileen King Bower (*pro hac vice*) |
| | eileen.bower@clydeco.us |
| Linda Kornfeld (*pro hac vice*) | Alexander Ross (*pro hac vice*) |
| lkornfeld@blankrome.com | alexander.ross@clydeco.us |
| 2029 Century Park East, 6th Floor | 55 West Monroe Street, Suite 3000 |
| Los Angeles, CA 90067 | Chicago, IL 60603 |
| Telephone:  424.239.3400 | Telephone: 312.635.7000 |
| Facsimile:  424.239.3434 | Facsimile: 312.635.6950 |
| | |
| Lisa M. Campisi (*pro hac vice*) | *Attorneys for Defendant American Guarantee* |
| lcampisi@blankrome.com | *and Liability Insurance Company* |
| 1271 Avenue of the Americas | |
| New York, NY 10020 | |

STIPULATION AND ORDER CASE NO. 2:21-CV-00048-BJR - 2

JAMESON PEPPLE CANTU PLLC
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 700    TEL 206 292 1994
SEATTLE, WA 98104-4001    FAX 206 292 1995

1

Telephone:  212.885.5000
Facsimile:  212.885.5001

*Attorneys for Plaintiff HT-Seattle Owner, LLC*

STIPULATION AND ORDER CASE NO.
2:21-CV-00048-BJR - 3

**JAMESON PEPPLE CANTU PLLC**
ATTORNEYS AT LAW
**801 SECOND AVENUE**
SUITE **700**          TEL 206 292 1994
SEATTLE, WA 98104-4001     FAX 206 292 1995

**ORDER**

Having considered the April 8, 2021 stipulation submitted to this Court by HT-Seattle Owner, LLC ("HT") and American Guarantee and Liability Insurance Company ("Zurich"), and being fully advised, the Court hereby GRANTS the parties' requested extension. The deadline for any reply to Zurich's Response to HT's Joinder in Motion to Certify Questions to the Washington State Supreme Court (ECF No. 39) is April 22, 2021.

Dated this 9th day of April, 2021.

_____
Hon. Judge Barbara J. Rothstein
United States District Judge

STIPULATION AND ORDER CASE NO.
2:21-CV-00048-BJR - 4

JAMESON PEPPLE CANTU PLLC
ATTORNEYS AT LAW
801 SECOND AVENUE
SUITE 700         TEL 206 292 1994
SEATTLE, WA 98104-4001   FAX 206 292 1995