HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HT-SEATTLE OWNER, LLC,<br><br>                   Plaintiff,<br><br>   v.<br><br>AMERICAN GUARANTEE AND<br>LIABILITY INSURANCE COMPANY,<br><br>                   Defendant. | Case No. 2:21-cv-00048-BJR<br><br>**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE FOR RESPONSE AND REPLY TO PLAINTIFF'S RULE 59(e) MOTION TO ALTER OR AMEND JUDGMENT AND FOR LEAVE TO AMEND COMPLAINT** |

The Parties, through their undersigned counsel, hereby stipulate to and request one-week extensions of the opposition and reply filing deadlines for *Plaintiff's Rule 59(e) Motion to Alter or Amend Judgment and for Leave to Amend Complaint* (the "59(e) Motion"), Dkt. #51, as stated in the below proposed order.

DATED: July 2, 2021

                              LANE POWELL PC

                              BY: *s/ David M. Schoeggl*
                                  David M. Schoeggl, WSBA No. 13638
                                  schoeggld@lanepowell.com
                                  Stephania Denton, WSBA No. 21920
                                  dentons@lanepowell.com
                                  Michael Brown, WSBA No. 49722
                                  brownm@lanepowell.com
                                  Telephone: 206.223.7000

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE FOR
RESPONSE AND REPLY TO PLAINTIFF'S RULE
59(e) MOTION - 1
CASE NO. 2:21-cv-00048-BJR
133554.0004/8550575.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | CLYDE & CO US LLP |
| 2 | Eileen King Bower, *Pro Hac Vice* |
| | eileen.bower@clydeco.us |
| 3 | Alexander Ross, *Pro Hac Vice* |
| | alexander.ross@clydeco.us |
| 4 | |
| 5 | Attorneys for DEFENDANT American Guarantee and Liability Insurance Company |
| 6 | |
| 7 | JAMESON PEPPLE CANTU PLLC |
| 8 | By:  s/ *Matt T. Adamson* |
| 9 | Matt T. Adamson, WSBA #31731 |
| | madamson@jpclaw.com |
| 10 | Telephone: 206.344.5280 |
| 11 | BLANK ROME LLP |
| 12 | James R. Murray, WSBA #25263 |
| | jmurray@blankrome.com |
| 13 | Telephone: 202.420.2200 |
| 14 | BLANK ROME LLP |
| 15 | Linda Kornfeld, Pro Hac Vice |
| | lkornfeld@blankrome.com |
| | Telephone: 424.239.3400 |
| 16 | |
| 17 | BLANK ROME LLP |
| 18 | Lisa M. Campisi, Pro Hac Vice |
| | lcampisi@blankrome.com |
| | Telephone: 212.885.5000 |
| 19 | |
| 20 | Attorneys for Plaintiff HT-Seattle Owner, LLC |

STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE FOR RESPONSE AND REPLY TO PLAINTIFF'S RULE 59(e) MOTION  - 2
CASE NO. 2:21-cv-00048-BJR
133554.0004/8550575.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Based on the above stipulation, and being fully advised, the Court hereby GRANTS the parties' requested extension. American Guarantee shall file its response to HT's *Rule 59(e) Motion to Alter or Amend Judgment and for Leave to Amend Complaint* (the "59(e) Motion"), Dkt. #51, no later than July 13, 2021, and HT-Seattle shall file its reply no later than August 3, 2021.

DONE IN OPEN COURT this 6th day of July, 2021.

_____
Hon. Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE FOR
RESPONSE AND REPLY TO PLAINTIFF'S RULE
59(e) MOTION - 3
CASE NO. 2:21-cv-00048-BJR
133554.0004/8550575.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107