HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HT-SEATTLE OWNER, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN GUARANTEE AND<br>LIABILITY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.  2:21-cv-00048-BJR |

**ORDER**

Based on the above stipulation, and being fully advised, the Court hereby GRANTS the parties' requested extension. HT-Seattle shall file its reply no later than August 6, 2021.

IT IS SO ORDERED this 4th day of August, 2021.

_____
Hon. Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR REPLY TO PLAINTIFF'S RULE 59(e) MOTION  - 1
CASE NO. 2:21-cv-00048-BJR
133554.0004/8548238.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107